UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VITO GALLICCHIO,<br><br>                              Petitioner,<br><br>-against-<br><br>UNKNOWN ACTING WARDEN, FCI OTISVILLE,<br><br>                             Respondent. | 22-CV-6643 (RA)<br><br>ORDER TO ANSWER, 28 U.S.C. § 2241 |

RONNIE ABRAMS, United States District Judge:

The Court, having examined the petition in this action, which Petitioner filed pursuant to 28 U.S.C. § 2241, hereby ORDERS that:

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

Within 60 days of the date of this order, the U.S. Attorney's Office shall file an answer or other pleading in response to the petition. Petitioner may file reply papers, if any, within 30 days from the date Petitioner is served with Respondent's answer.

SO ORDERED.

Dated:   September 19, 2022
              New York, New York

                                                              RONNIE ABRAMS
                                                       United States District Judge