UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VITO GALLICCHIO,<br><br>       Petitioner,<br><br>   v.<br><br>UNKNOWN ACTING WARDEN, FCI Otisville,<br><br>       Respondent. | No. 22-cv-6643 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  The Court is in receipt of Petitioner Vito Gallicchio's letter requesting a copy of his "civil complaint" in this habeas action under 28 U.S.C. § 2241. Dkt. No. 23. The Clerk of Court is respectfully directed to mail a copy of his habeas petition, Dkt. No. 1, to Mr. Gallicchio (#911-82-054) at Danbury FCI, 33 1/2 Pembroke Rd, Route 37, Danbury, CT 06811.

SO ORDERED.

Dated: May 14, 2025
    New York, New York

                     _____
                     Ronnie Abrams
                     United States District Judge