UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

VITO GALLICCHIO,

                                                       Plaintiff,

22-CV-06643 (RA) (VF)

-against-

**<u>ORDER</u>**

WILLIAM PLILER, Warden, FCI Otisville

                                                     Defendant.

-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge.**

      The Clerk of Court is respectfully directed to mail a copy of my Report and Recommendation filed at ECF No. 20 to Mr. Gallicchio (#911-82-054) at Danbury FCI, 33 1/2 Pembroke Rd, Route 37, Danbury, CT 06811.

      **SO ORDERED.**

DATED:    New York, New York
               May 15, 2025

                                                      _____
                                                      VALERIE FIGUEREDO
                                                      United States Magistrate Judge