UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

VITO GALLICCHIO,

                                Plaintiff,

                    -against-

WILLIAM PLILER, Warden, FCI Otisville

                               Defendant.

22-CV-06643 (RA) (VF)

**ORDER**

------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge.**

      The Clerk of Court is respectfully directed to mail the documents requested at ECF No. 27 to Petitioner at the address listed on the docket.

      **SO ORDERED.**

DATED:    New York, New York
                June 18, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge