UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VITO GALLICCHIO,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM PLILER, Warden, FCI Otisville,<br><br>Respondent. | 22-CV-6643<br><br><u>ORDER ADOPTING</u><br><u>REPORT AND</u><br><u>RECOMMENDATION</u> |

RONNIE ABRAMS, United States District Judge:

Petitioner Vito Gallicchio, proceeding *pro se*, filed a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, against Respondent William Pliler, Warden of Federal Correctional Institution Otisville, challenging the execution of his sentence. On May 12, 2020, Magistrate Judge Figueredo issued a Report and Recommendation, Dkt. 20 (the "Report"), recommending that Gallicchio's petition be denied and dismissed. Gallicchio was mailed a copy of the Report on May 20, 2025. *See* Dkt. 29. He was also informed that he was required to file any objections to the Report within fourteen days of receiving it. *Id.*; Report at 21. No objections to the Report have been received by the Court. For the reasons that follow, the Court adopts the Report in full.

In reviewing a magistrate judge's report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C); *see* Fed. R. Civ. P. 72(b)(3). "Whereas the court must make a *de novo* determination of the portions of the report to which timely objections are made, with respect to the uncontested portions of a report and recommendation, a district court need only

satisfy itself that there is no clear error on the face of the record." *Gomez v. Brown*, 655 F. Supp. 2d 332, 341 (S.D.N.Y. 2009); *see Miller v. Brightstar Asia, Ltd.*, 43 F.4th 112, 120 (2d Cir. 2022).[1]

In the instant case, Gallicchio was specifically advised that he had 14 days from the service of the Report to file any objections, and was warned that failure to timely file any such objections would result in the waiver of his right to object.  Report at 21.  The advisement contained in the Report also notified Gallicchio that if he "fails to file timely objections, . . . [he] will not be permitted to raise any objections . . . on appeal."  He was further advised that he may petition the Court for an extension of his deadline to object to the Report.  Dkt. 29.  As of the date of this Order, however, no objections have been filed and no request for an extension of time to object has been made.  Accordingly, Petitioner has waived the right to object to the Report or to obtain appellate review.  *See Miller*, 43 F.4th at 120.

Because Gallicchio did not file any objections to the Report, the Court has reviewed it under a clear error standard, *see Gomez*, 655 F. Supp. 2d at 341, and found it to be thorough, well-reasoned, and grounded in fact and law.  Having found no errors, the Court adopts the Report in its entirety.  Gallicchio's petition is, therefore, dismissed.  The Clerk of Court is respectfully directed to mail a copy of this Order to Gallicchio at his listed address and close this case.

Dated:    April 9, 2026
          New York, New York

Ronnie Abrams
United States District Judge

---

[1] Unless otherwise indicated, case quotations omit all internal citations, quotations, footnotes, omissions, and alterations.