**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
VITO GALLICCHIO,

                       Petitioner,

           -against-

WILLIAM PLILER, Warden, FCI Otisville,

                     Respondent.
------------------------------------------------------------X

22 **CIVIL** 6643 (RA)(VF)

**JUDGMENT**

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated April 9, 2026, the Court adopts the Report in its entirety.

Gallicchio's petition is, therefore, dismissed; accordingly, the case is closed.

**Dated:**  New York, New York

     April 13, 2026

                                    **TAMMI M. HELLWIG**

                                      _____

                                    **Clerk of Court**

             **BY:**

                                    _____

                                    **Deputy Clerk**