UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

VITO GALLICCHIO,

                22-CV-06643 (RA) (VF)

             Plaintiff,

        -against-

                **ORDER**

WILLIAM PLILER, Warden, FCI Otisville

         Defendant.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge.**

     The Clerk of Court is respectfully directed to mail a copy of the Orders at ECF Nos. 31

and 32 to Vito Gallicchio (#911-82-054), RRM New York, 201 Varick Street Room 849, New

York, NY 10014.

     **SO ORDERED.**

DATED:    New York, New York
            May 12, 2026

_____
VALERIE FIGUEREDO
United States Magistrate Judge